## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## NORTHERN DIVISION

TOM J. JONES, III,                              :

      Plaintiff,                               :

vs.                                             :          CA 07-0335-C

MICHAEL J. ASTRUE,                   :
Commissioner of Social Security,

                                           :

      Defendant.

## **JUDGMENT**

In accordance with the memorandum opinion and order entered on this date, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that plaintiff be awarded attorney's fees in the amount of $1,418.14 under the Equal Access to Justice Act, 28 U.S.C. § 2412, representing compensation for 8.6 hours of service by William T. Coplin, Jr., Esquire, at the cost-of-living adjusted rate of $164.90 per hour.

**DONE** this the 6th day of March, 2008.

s/WILLIAM E. CASSADY
**UNITED STATES MAGISTRATE JUDGE**